DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTOPHER BARNHARDT,

Appellant,

v.

CHARLENE BARNHARDT,

Appellee.

No. 2D2024-1536

_____

September 26, 2025

Appeal from the Circuit Court for Pasco County; Benjamin S. Thomas, Judge.

Brandon S. Vesely and Shannon L. Troutman of The Florida Appellate Firm, Saint Petersburg, for Appellant.

Chelsea Waller-Douthard of Waller Law, Dade City, for Appellee.


PER CURIAM.

     Affirmed.


SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.